Craig G. Russillo, OSB #973875
Email: crussillo@schwabe.com
Sean R. McClendon, OSB #031215
Email: smcclendon@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Avenue, Suite 1800
Portland, OR 97204
Telephone: 503-222-9981
Facsimile: 503-796-2900

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| TILLAMOOK COUNTY CREAMERY ASSOCIATION, an Oregon Cooperative,<br><br>       Plaintiff-Interpleader,<br><br>       vs.<br><br>MILK MOVERS USA LLC, a California Limited Liability Company; CALLAHAN DAIRY LLC, a Washington Limited Liability Company; CASTLE GROVE DAIRY, LLC, a Washington Limited Liability Company; SPRING CREEK DAIRY, LLC, a Washington Limited Liability Company; NEWCO CAPITAL GROUP VI, LLC, a New York Limited Liability Company, dba MCA Servicing Company; THORO CORP., a Florida Corporation; WYNWOOD CAPITAL GROUP LLC, a Florida Limited Liability Company, dba Segal Business Funding; RIVERSIDE CAPITAL NY LLC, a Connecticut Limited Liability Company; LTI, INC., dba Milky Way, a Washington Corporation; FEKKES DAIRY, LLC, a Washington Limited Liability Company; | No. 3:26-cv-00400-AR<br><br>INTERPLEADER-PLAINTIFF'S MOTION FOR LEAVE TO DEPOSIT INTERPLEADER FUNDS (28 U.S.C. § 1335) |

Page 1 -    INTERPLEADER-PLAINTIFF'S MOTION FOR LEAVE TO
DEPOSIT INTERPLEADER FUNDS (28 U.S.C. § 1335)

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1800
Portland, OR 97204
Telephone 503-222-9981
Fax 503-796-2900

088531\296450\50183060.v4

THE BROWN COW DAIRY, LLC, an
Oregon Limited Liability Company,

Defendants.

## LR 7-1(a) CERTIFICATION STATEMENT

Counsel for Plaintiff Tillamook County Creamery Association ("Plaintiff" or "TCCA") have conferred with counsel for the following Defendants (all of whom have retained local counsel, licensed to practice in this district, and agreed to waive service of summons under Fed. R. Civ. P. 4(d)): Callahan Dairy LLC ("Callahan"), Castle Grove Dairy, LLC ("Castle Grove"), Spring Creek Dairy, LLC ("Spring Creek"), LTI, Inc., dba Milky Way ("LTI"), and The Brown Cow Dairy, LLC ("Brown Cow"), Fekkes Dairy, LLC ("Fekkes"), and Newco Capital Group VI, LLC, dba MCA Servicing Company ("MCA") (collectively, "Represented Defendants"). The Represented Defendants do not oppose this motion.

Defendants Milk Movers USA LLC ("Milk Movers"), Thoro Corp. ("Thoro"), Wynwood Capital Group LLC, dba Segal Business Funding ("Wynwood"), and Riverside Capital NY LLC ("Riverside") are all not citizens of Oregon, and they have not yet advised TCCA whether they have retained local counsel who are licensed to practice in this district (collectively, "Non-Represented Defendants"). Further, the Non-Represented Defendants have not yet responded to TCCA's request that they agree to waive service of summons pursuant to Fed. R. Civ. P. 4(d). As a result, TCCA has not been able to determine the Non-Represented Defendants' position on this motion.

Because the deposit of the interpleader funds discussed below is a jurisdictional requirement under 28 U.S.C. § 1335(a)(1), TCCA brings this motion now.

///

Page 2 -    INTERPLEADER-PLAINTIFF'S MOTION FOR LEAVE TO
             DEPOSIT INTERPLEADER FUNDS (28 U.S.C. § 1335)

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1800
Portland, OR 97204
Telephone 503-222-9981
Fax 503-796-2900

088531\296450\50183060.v4

## MOTION

Under 28 U.S.C. § 2041, Fed. R. Civ. P. 67, and LR 67-1, TCCA moves this Court for leave to immediately deposit into the Court's registry $2,731,330.46 (the "Funds"). The reason for the deposit is detailed in TCCA's Complaint (ECF 1), and complies with 28 U.S.C. § 1335—i.e., the Federal Interpleader Act.

TCCA claims no interest in the Funds. Entitlement to the Funds is disputed or may be disputed by two or more adverse claimants, including the named Defendants to this action. As such, good cause exists to order the deposit of the Funds into the Court registry.

A proposed form of order is attached. Under Oregon Local Rule 67-2, the Financial Administrator of the Clerk's office has pre-approved the form of the attached proposed order, including the authorization to deposit funds with the Clerk of Court for deposit into an interest-bearing Disputed Ownership Fund within the Court Registry Investment System administered by the Administrative Office of the United States Courts under to 28 U.S.C. § 2045.

Based on the foregoing, TCCA respectfully requests the Court grant this Motion.

Dated this 17th day of March 2026.

Respectfully submitted,

SCHWABE, WILLIAMSON & WYATT, P.C.

By:    *s/Craig Russillo*
        Craig G. Russillo, OSB #973875
        Email: crussillo@schwabe.com
        Sean R. McClendon, OSB #031215
        Email: smcclendon@schwabe.com
        Attorneys for Plaintiff

Page 3 -    INTERPLEADER-PLAINTIFF'S MOTION FOR LEAVE TO
            DEPOSIT INTERPLEADER FUNDS (28 U.S.C. § 1335)

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1800
Portland, OR 97204
Telephone 503-222-9981
Fax 503-796-2900

088531\296450\50183060.v4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 17th day of March, 2026, I served the following

INTERPLEADER-PLAINTIFF'S MOTION FOR LEAVE TO DEPOSIT INTERPLEADER

FUNDS (28 U.S.C. § 1335) on:

**ALL PARTIES WHO HAVE APPEARED WILL BE SERVED THROUGH <u>ECF</u>**

**<u>NOTICE</u>.**

DATED this 17th day of March, 2026.

*s/Craig Russillo*
Craig Russillo

Page 1 -    CERTIFICATE OF SERVICE

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1800
Portland, OR 97204
Telephone 503-222-9981
Fax 503-796-2900

088531\296450\50183060.v4