Craig G. Russillo, OSB #973875
Email: crussillo@schwabe.com
Sean R. McClendon, OSB #031215
Email: smcclendon@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Avenue, Suite 1800
Portland, OR 97204
Telephone: 503-222-9981
Facsimile: 503-796-2900

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| TILLAMOOK COUNTY CREAMERY ASSOCIATION, an Oregon Cooperative,<br><br>Plaintiff-Interpleader,<br><br>vs.<br><br>MILK MOVERS USA LLC, a California Limited Liability Company; CALLAHAN DAIRY LLC, a Washington Limited Liability Company; CASTLE GROVE DAIRY, LLC, a Washington Limited Liability Company; SPRING CREEK DAIRY, LLC, a Washington Limited Liability Company; NEWCO CAPITAL GROUP VI, LLC, a New York Limited Liability Company, dba MCA Servicing Company; THORO CORP., a Florida Corporation; WYNWOOD CAPITAL GROUP LLC, a Florida Limited Liability Company, dba Segal Business Funding; RIVERSIDE CAPITAL NY LLC, a Connecticut Limited Liability Company; LTI, INC., dba Milky Way, a Washington Corporation; FEKKES DAIRY, LLC, a Washington Limited Liability Company; | No. 3:26-cv-00400-AR<br><br>ORDER TO DEPOSIT FUNDS (INTEREST BEARING ACCOUNT - INTERPLEADER) |

Page 1 -    ORDER TO DEPOSIT FUNDS
            (INTEREST BEARING ACCOUNT - INTERPLEADER)

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1800
Portland, OR 97204
Telephone 503-222-9981
Fax 503-796-2900

088531\296450\50183113.v3

THE BROWN COW DAIRY, LLC, an
Oregon Limited Liability Company,

    Defendants.

This matter came before the Court on Plaintiff-Interpleader's Motion to Deposit Funds into an Interest-Bearing Account. The Court has considered the arguments set forth in the Motion and, being fully advised in the premises;

IT IS HEREBY ORDERED that the Clerk of Court shall accept a cashier's check or a certified check, payable to the Clerk, U.S. District Court, in the amount of $2,731,330.46.

IT IS FURTHER ORDERED that these monies be deposited by the Clerk of Court into the Registry of this Court and then, as soon as the business of the Clerk's Office allows, the Clerk of Court shall deposit these funds into the interest-bearing Disputed Ownership Fund ("DOF") within the Court Registry Investment System administered by the Administrative Office of the United States Courts pursuant to 28 U.S.C. § 2045.

Under Standing Order No. 2016-11, a DOF fee for the management of investments and tax administration shall be deducted from the interest earnings on the funds deposited with the Court.

IT IS FURTHER ORDERED that the sum of money so invested in the interest-bearing DOF fund shall remain on deposit until further order of this Court at which time the funds, together with interest thereon, shall be retrieved by the Clerk of Court and re-deposited into the non-interest-bearing Registry Fund of the Court for disposition pursuant to further order of the Court.

///

Page 2 -    ORDER TO DEPOSIT FUNDS
             (INTEREST BEARING ACCOUNT - INTERPLEADER)

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1800
Portland, OR 97204
Telephone 503-222-9981
Fax 503-796-2900

088531\296450\50183113.v3

The Clerk of Court, through the Financial Administrator, has pre-approved the form of this order pursuant to LR 67-2.

The Clerk of Court is absolved of any liability by compliance with this Order.

It shall be counsel's responsibility to serve a copy of this order personally to confirm that any action required of the Clerk of Court or her designee by this Order has been performed.

IT IS SO ORDERED.

Dated this 16th day of March 2026.


By:    _____
       Jeff Armistead
       United States Magistrate Judge


Respectfully submitted,
Craig G. Russillo, OSB #973875
Schwabe, Williamson & Wyatt, P.C.
Email: crussillo@schwabe.com


**For Court Use Only:**
**APPROVED AS TO FORM**

Melissa Aubin, Clerk of Court


_____
By:  Financial Administrator


Page 3 -    ORDER TO DEPOSIT FUNDS
            (INTEREST BEARING ACCOUNT - INTERPLEADER)

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1800
Portland, OR 97204
Telephone 503-222-9981
Fax 503-796-2900

088531\296450\50183113.v3

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of March, 2026, I served the following ORDER TO DEPOSIT FUNDS (INTEREST BEARING ACCOUNT - INTERPLEADER) on:

**ALL PARTIES WHO HAVE APPEARED WILL BE SERVED THROUGH ECF NOTICE.**

DATED this 17th day of March, 2026.

*s/Craig Russillo*
Craig G. Russillo

Page 1 -    CERTIFICATE OF SERVICE

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1800
Portland, OR 97204
Telephone 503-222-9981
Fax 503-796-2900

088531\296450\50183113.v3