**Scott L. Jensen, OSB #862121**
sjensen@brownsteinrask.com
**Emilia H. Saporiti, OSB #252729**
esaporiti@brownsteinrask.com
BROWNSTEIN RASK LLP
1 SW Columbia Street, Ste. 900
Portland, Oregon 97204
Telephone: (503) 221-1772
Fax: (503) 221-1074
Attorneys for Ever May Farms, Inc.

The Honorable Jeffrey Armistead

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON, PORTLAND DIVISION

TILLAMOOK COUNTY CREAMERY
ASSOCIATION, an Oregon Cooperative,

Plaintiff,

v.

MILK MOVERS USA LLC, a California
Limited Liability Company; CALLAHAN
DAIRY LLC, a Washington Limited
Liability Company; CASTLE GROVE
DAIRY, LLC, a Washington Limited
Liability Company; SPRING CREEK
DAIRY, LLC, a Washington Limited
Liability Company; NEWCO CAPITAL
GROUP VI, LLC, a New York Limited
Liability Company, dba MCA Servicing
Company; THORO CORP., a Florida
Corporation; WYNWOOD CAPITAL
GROUP LLC, a Florida Limited Liability
Company, dba Segal Business Funding;
RIVERSIDE CAPITAL NY LLC, a
Connecticut Limited Liability Company;
LTI, INC., dba Milky Way, a Washington
Corporation; FEKKES DAIRY, LLC, a
Washington Limited Liability Company; THE
BROWN COW DAIRY, LLC, an
Oregon Limited Liability Company;

Civil No. 3:26-cv-00400-AR

**EVER MAY FARMS, INC.'S
STIPULATED MOTION TO
INTERVENE**

*UNOPPOSED*

Page 1 – **EVER MAY FARMS, INC.'S STIPULATED MOTION TO INTERVENE**

BROWNSTEIN | RASK LLP
1 SW COLUMBIA STREET // SUITE 900
PORTLAND, OR 97204
P 503.221.1772 F 503.221.1074

SMEENK BROTHERS DAIRY, LLC, a
Washington Limited Liability Company;
HARLEN E. AND HILLARY JO
MIERSMA, as trustees for The Miersma
Family Trust UDT, dba Miersma Dairy;
QUICK FUNDING GROUP, LLC, a New
York Limited Liability Company,

          Defendants.

## LR 7-1 CERTIFICATION

Pursuant to Local Rule 7-1, counsel for Ever May Farms, Inc. certify that they have communicated with counsel for Plaintiff and counsel for Plaintiff do not oppose this motion, as indicated by counsel's signature below.

## MOTION

Pursuant to Fed. R. Civ. P. 24, Ever May Farms, Inc. moves to intervene as of right. Fed. R. Civ. P. 24(a)(2). This motion is supported by the subjoined memorandum of points and authorities, and the declaration of Scott L. Jensen submitted contemporaneously herewith.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. RELEVANT FACTUAL BACKGROUND

Ever May Farms, Inc. (hereinafter, "Ever May") is a dairy farm located in Forest Grove, Oregon. Declaration of Scott L. Jensen (hereinafter, "Jensen Decl.") ¶ 2. On August 28, 2025, Ever May entered into a contract ("Contract") to sell milk to Milk Movers USA LLC (hereinafter, "Milk Movers"). *Id.*, Ex. 1. In breach of the Contract, Milk Movers failed to pay Ever May the balance of three statements after they became due, totaling $188,996.50. *Id.* ¶ 4. Ever May now has secured interests against Milk Movers for these amounts, through three Agricultural Produce Liens. *Id.*, Ex. 2.

/ / /

/ / /

Page 2 – **EVER MAY FARMS, INC.'S STIPULATED MOTION TO INTERVENE**

BROWNSTEIN | RASK LLP
1 SW COLUMBIA STREET // SUITE 900
PORTLAND, OR 97204
P 503.221.1772 F 503.221.1074

## II. ARGUMENT

Rule 24(a)(2) provides that, upon timely motion, the court "must permit anyone to intervene who: (2) claims an interest relating to the property or transaction that is the subject of the action, and is so situated that disposing of the action may as a practical matter impair or impede the movant's ability to protect its interest, unless existing parties adequately represent that interest." Fed. R. Civ. P. 24(a)(2).

First, Ever May's motion is made timely. Ever May became aware of this interpleader action in March 2026. Jensen Decl. ¶ 6. Through the undersigned counsel, Ever May promptly contacted Plaintiff's counsel to be added as a defendant to this action. *Id*. ¶ 7. Plaintiff's counsel responded that it had already filed its motion for leave to file the Second Amended Complaint (ECF 21), and agreed to instead stipulate to this motion to intervene. *Id*. ¶ 8.

Second, Ever May meets all three prongs required to show intervention as of right under Rule 24(a)(2): (1) Ever May claims an interest relating to the property – here, the Funds, as defined in Plaintiff's complaint – that is the subject of this interpleader action, through the agricultural produce liens it holds against Milk Movers. (2) If this action is disposed of, this would, as a practical matter, impair or impede Ever May's ability to protect its interest, by preventing or impeding Ever May's ability to recover the monies owed by Milk Movers, for milk supplied by Ever May. Finally, (3) no existing parties to this matter adequately represent Ever May's interest, as the existing parties have interests which are distinct from the interests of Ever May. Jensen Decl. ¶ 9.

## III.    DEFERRAL OF PLEADING REQUIREMENT

Rule 24(c) requires that a motion to intervene "be accompanied by a pleading that sets out the claim or defense for which intervention is sought." However, courts including the Ninth

Page 3 – **EVER MAY FARMS, INC.'S STIPULATED MOTION TO INTERVENE**

BROWNSTEIN | RASK LLP
1 SW COLUMBIA STREET // SUITE 900
PORTLAND, OR 97204
P 503.221.1772 F 503-221-1074

Circuit, "have approved intervention motions without a pleading where the court was otherwise apprised of the grounds for the motion." *Beckman Indus. v. International Ins. Co.*, 966 F.2d 470, 474 (9th Cir. 1992). *See also, e.g., Shores v. Hendy Realization*, 133 F.2d 738, 742 (9th Cir. 1943) (holding that where procedure under earlier version of Rule 24 was not followed, the petition "fully stated the grounds and facts upon which relief was asked," and upholding the grant of intervention); *Smith v. Pangilinan*, 651 F.2d 1320, 1324 (9th Cir. 1981) (finding that statement in motion to intervene regarding the question of permissive intervention under Rule 24(b) was sufficient to satisfy the requirement of Rule 24(c)).

As noted *supra*, Plaintiff filed its Motion for Leave to File Second Amended Complaint on March 24, 2026. ECF 21. On March 31, 2026, the Court entered a Scheduling Order, stating Plaintiff's motion was under advisement as of April 14, 2026. ECF 22.

In the event the Court permits Plaintiff to file a Second Amended Complaint, to avoid filing an amended answer, Ever May requests that the Court defer Ever May's requirement to submit a pleading to either (a) after the Court denies Plaintiff's motion; or (b) after the Court grants Plaintiff's motion, and Plaintiff files its Second Amended Complaint. Ever May asserts that this motion, along with the declaration submitted in support, sufficiently provides notice of Ever May's potential claims and defenses in this matter. Should the Court find otherwise, Ever May requests leave to supplement this motion by filing an answer to the First Amended Complaint (ECF 13).

/ / /

/ / /

/ / /

/ / /

Page 4 – **EVER MAY FARMS, INC.'S STIPULATED MOTION TO INTERVENE**

**CONCLUSION**

Ever May Farms, Inc. has a direct interest in the property in dispute in this action, and Plaintiff stipulates to Ever May Farms, Inc.'s intervention. Based on the foregoing, Ever May Farms, Inc. respectfully requests this court enter an order permitting Ever May Farms, Inc. to intervene in this action as a defendant.

DATED this 2nd day of April 2026.

IT IS SO MOVED AND STIPULATED:

**SCHWABE, WILLAIMSON & WYATT, P.C.**                **BROWNSTEIN RASK, LLP**


_____/s/ Sean R. McClendon_____                      _____/s/ Scott L. Jensen_____
Craig G. Russillo, OSB #973875                       Scott L. Jensen, OSB #862121
Sean R. McClendon, OSB #031215                       Emilia H. Saporiti, OSB #252729
1211 SW 5th Avenue, Ste. 1800                        1 SW Columbia Street, Ste. 900
Portland, Oregon 97204                               Portland, Oregon 97204
Email: smcclendon@schwabe.com                        Email: sjensen@brownsteinrask.com
    crussillo@schwabe.com                               esaporiti@brownsteinrask.com
Attorneys for Plaintiff                              Attorneys for Ever May Farms, Inc.

BROWNSTEIN | RASK LLP
1 SW COLUMBIA STREET // SUITE 900
PORTLAND, OR 97204
P 503.221.1772 F 503-221-1074

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 2nd day of April 2026, I served the foregoing **EVER MAY FARMS, INC.'S STIPULATED MOTION TO INTERVENE** on the following:

All parties who have appeared will be served through **ECF NOTICE**.

Dated: April 2, 2026

                                      **BROWNSTEIN RASK, LLP**

                                      */s/ Scott L. Jensen*

                                      Scott L. Jensen, OSB #862121
                                      Emilia H. Saporiti, OSB #252729
                                      1 SW Columbia Street, Ste. 900
                                      Portland, Oregon 97204
                                      Email: sjensen@brownsteinrask.com
                                               esaporiti@brownsteinrask.com
                                      *Attorneys for Ever May Farms, Inc.*

Page 1 – **CERTIFICATE OF SERVICE**