**Scott L. Jensen, OSB #862121**
sjensen@brownsteinrask.com
**Emilia H. Saporiti, OSB #252729**
esaporiti@brownsteinrask.com
BROWNSTEIN RASK LLP
1 SW Columbia Street, Ste. 900
Portland, Oregon 97204
Telephone: (503) 221-1772
Fax: (503) 221-1074
Attorneys for Ever May Farms, Inc.

The Honorable Jeffrey Armistead

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON, PORTLAND DIVISION

| | |
|---|---|
| TILLAMOOK COUNTY CREAMERY ASSOCIATION, an Oregon Cooperative, | Civil No. 3:26-cv-00400-AR |
| Plaintiff, | **ORDER ON EVER MAY FARMS, INC.'S STIPULATED MOTION TO INTERVENE** |
| v. | |
| MILK MOVERS USA LLC, a California Limited Liability Company; CALLAHAN DAIRY LLC, a Washington Limited Liability Company; CASTLE GROVE DAIRY, LLC, a Washington Limited Liability Company; SPRING CREEK DAIRY, LLC, a Washington Limited Liability Company; NEWCO CAPITAL GROUP VI, LLC, a New York Limited Liability Company, dba MCA Servicing Company; THORO CORP., a Florida Corporation; WYNWOOD CAPITAL GROUP LLC, a Florida Limited Liability Company, dba Segal Business Funding; RIVERSIDE CAPITAL NY LLC, a Connecticut Limited Liability Company; LTI, INC., dba Milky Way, a Washington Corporation; FEKKES DAIRY, LLC, a Washington Limited Liability Company; THE BROWN COW DAIRY, LLC, an Oregon Limited Liability Company; | |

Page 1 – **ORDER ON EVER MAY FARMS, INC.'S STIPULATED MOTION TO INTERVENE**

SMEENK BROTHERS DAIRY, LLC, a
Washington Limited Liability Company;
HARLEN E. AND HILLARY JO
MIERSMA, as trustees for The Miersma
Family Trust UDT, dba Miersma Dairy;
QUICK FUNDING GROUP, LLC, a New
York Limited Liability Company,

          Defendants.

       BASED UPON the stipulated motion of Plaintiff and Ever May Farms, Inc., and pursuant to FRCP 24(a)(2), now therefore

       IT IS HEREBY ORDERED that Ever May Farms, Inc.'s Stipulated Motion to Intervene is granted; that Ever May Farms, Inc. be added as a defendant to this action; and that the requirement under Rule 24(c) that Ever May Farms, Inc.'s motion to intervene be accompanied by a pleading be deferred until the Court has ruled on Plaintiff's Motion for Leave to File Second Amended Complaint, and if such motion is granted, after Plaintiff has filed and served the Second Amended Complaint.

       IT IS SO ORDERED.

       DATED: _____

 

                               _____

                               Hon. Jeffrey Armistead
                               U.S. Magistrate Judge

Submitted by:
**BROWNSTEIN RASK LLP**
Scott L. Jensen
OSB #862121
(503) 221-1772
Of Attorneys for Ever May Farms, Inc.

**BROWNSTEIN | RASK** LLP
1 SW COLUMBIA STREET // SUITE 900
PORTLAND, OR 97204
P 503.221.1772 F 503.221.1074

## CERTIFICATE OF SERVICE

I hereby certify that on this 2ⁿᵈ day of April 2026, I served the foregoing **PROPOSED**

**ORDER ON EVER MAY FARMS, INC.'S STIPULATED MOTION TO INTERVENE** on

the following:

All parties who have appeared will be served through **ECF NOTICE**.

Dated: April 2, 2026

        **BROWNSTEIN RASK, LLP**


          */s/ Scott L. Jensen*
        Scott L. Jensen, OSB #862121
        Emilia H. Saporiti, OSB #252729
        1 SW Columbia Street, Ste. 900
        Portland, Oregon 97204
        Email: sjensen@brownsteinrask.com
             esaporiti@brownsteinrask.com
        *Attorneys for Ever May Farms, Inc.*

Page 1 – **CERTIFICATE OF SERVICE**