Holly Hayman, OSB #114146
Email: hhayman@fwwlaw.com
FARLEIGH WADA WITT, LLP
121 SW Morrison St., Ste. 600
Portland, OR 97204
Telephone: 503-228-6044
Facsimile: 206-228-1771
Attorney for D and J Dairy, L.L.C.

The Honorable Jeffrey Armistead

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**PORTLAND DIVISION**

| | |
|---|---|
| TILLAMOOK COUNTY CREAMERY ASSOCIATION, an Oregon Cooperative,<br><br>Plaintiff,<br><br>v.<br><br>MILK MOVERS USA LLC, a California Limited Liability Company; CALLAHAN DAIRY LLC, a Washington Limited Liability Company; CASTLE GROVE DAIRY, LLC, a Washington Limited Liability Company; SPRING CREEK DAIRY, LLC, a Washington Limited Liability Company; NEWCO CAPITAL GROUP VI, LLC, a New York Limited Liability Company, dba MCA Servicing Company; THORO CORP., a Florida Corporation; WYNWOOD CAPITAL GROUP LLC, a Florida Limited Liability Company, dba Segal Business Funding; RIVERSIDE CAPITAL NY LLC, a Connecticut Limited Liability Company; LTI, INC., dba Milky Way, a Washington Corporation; FEKKES DAIRY, LLC, a Washington Limited Liability Company; THE | Case No. 3:26-cv-00400-AR<br><br>**ORDER ON STIPULATED MOTION TO INTERVENE**<br><br>**(D AND J DAIRY, L.L.C.)** |

BROWN COW DAIRY, LLC, an Oregon Limited Liability Company; SMEENK BROTHERS DAIRY, LLC, a Washington Limited Liability Company; HARLEN E. AND HILLARY JO MIERSMA, as trustees for The Miersma Family Trust UDT, dba Miersma Dairy; QUICK FUNDING GROUP, LLC, a New York Limited Liability Company; GEORGE DERUYTER AND SON DAIRY LLC, a Washington Limited Liability Company; RIVERVIEW RANCH, LLP, a Washington Limited Liability Partnership,

Defendants.

BASED UPON the stipulated motion of Plaintiff and D and J Dairy, L.L.C.(" D&J") and pursuant to FRCP 24(a)(2), now therefore,

IT IS HEREBY ORDERED that D&J's Stipulated Motion to Intervene is granted; that D&J be added as a defendant to this action; and that the requirement under Rule 24(c) that D&J's motion to intervene be accompanied by a pleading be deferred until after Plaintiff served the Second Amended Complaint upon D&J.

IT IS SO ORDERED.

DATED: May 4, 2026

Hon. Jeffrey Armistead
U.S. Magistrate Judge

*s/ Holly C. Hayman*
Submitted by:
**Farleigh Wada Witt, LLP**
Holly C. Hayman
OSB #114146
(503) 228-6044
*Attorney for D and J Dairy, L.L.C.*



FARLEIGH WADA WITT
121 SW Morrison Street, Suite 600
Portland, Oregon 97204
503.228.6044 • www.fwwlaw.com