**William G. Fig, OSB No. 952618**
wfig@sussmanshank.com
SUSSMAN SHANK LLP
1000 SW Broadway, Suite 1400
Portland, OR  97205-3089
Telephone: (503) 227-1111
Facsimile: (503) 248-0130
*Attorneys for Defendant Harlen E. and Hillary Jo Miersma,*
*as trustees for the Miersma Family Trust UDT, dba Miersma Dairy*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| TILLAMOOK COUNTY CREAMERY ASSOCIATION, an Oregon Cooperative,<br><br>Plaintiff,<br><br>v.<br><br>MILK MOVERS USA LLC, et al.,<br><br>Defendants. | Case No. 3:26-cv-00400-AR<br><br>ORDER STAYING COURT CASE MANAGEMENT DEADLINES & DEADLINES TO FILE RESPONSES TO SECOND AMENDED COMPLAINT & STAYING STATUTORY DEADLINES TO FORECLOSE AG PRODUCER LIENS |

Pursuant to the July 15, 2026, status conference with the Court, and the Court being fully advised, it is HEREBY ORDERED that:

1.     Any and all case management deadlines and any and all deadlines for the defendants in this action to file an answer, motion, or first response to Plaintiff's Second Amended Complaint (including, without limitation, any counterclaims or cross claim thereto), are stayed until further order of this Court;

2.     For defendants in this action who have timely and properly filed a Notice of Claim of Lien under ORS 87.700 *et. seq.,* the statutory 225-day deadline under ORS 87.710(1) to foreclose their agricultural producer liens is hereby stayed and tolled until further order of this

Page 1 – ORDER

Court; and

3.    For defendants in this action who have timely and properly filed an ag producers Claim of Lien under Washington law, the deadline to foreclose their liens is hereby stayed and tolled until further order of this Court.

Dated this _____ day of July, 2026.

_____
Jeffrey Armistead, United States Magistrate Judge

Presented By:

SUSSMAN SHANK LLP

By s/ William G. Fig
_____
   William G. Fig, OSB No. 952618
   wfig@sussmanshank.com
   *Attorneys for Defendant Harlen E. and Hillary Jo Miersma,
   as trustees for the Miersma Family Trust UDT, dba Miersma
   Dairy*

AGREED TO BY:

| SCOTT LAW GROUP, LLP | JORDAN RAMIS PC |
|---|---|
| /s/ Loren S. Scott<br>Loren S. Scott, OSB #024502<br>lscott@scott-law-group.com<br>*Attorneys for Defendant The Brown Cow, LLC* | By s/ Learon John Bird<br>Learon John Bird, OSB No. 176218<br>learon.bird@jordanramis.com<br>Gary L. Blacklidge, OSB No. 902089<br>gary.blacklidge@jordanramis.com<br><br>*Attorneys for Defendant Callahan Dairy LLC, Spring Creek Dairy LLC, and Castle Grove Dairy, LLC* |

Page 2 – ORDER

| | |
|---|---|
| FARLEIGH WADA WITT<br><br>By */s/ Holly Hayman*<br>Holly C. Hayman, OSB No. 114146<br>hhayman@fwwlaw.com<br>*Attorney for Defendants George DeRuyter and Son Dairy LLC and D&J Dairy LLC* | COSGRAVE VERGEER KESTER LLP<br><br>By    *s/ Daniel C. Peterson*<br>   Daniel C. Peterson, OSB No. 064664<br>   dpeterson@cosgravelaw.com<br>   *Attorneys for Defendant Fekkes Dairy, LLC* |
| BROWNSTEIN RASK LLP<br><br>By: s/ Emilia H. Saporiti<br>Scott L. Jensen, OSB #862121<br>Emilia H. Saporiti, OSB #252729<br>sjensen@brownsteinrask.com<br>esaporiti@brownsteinrask.com<br>*Attorneys for Defendant Ever May Farms, Inc.* | CABLE HUSTON LLP<br><br>By: s/ Jared M. Ahern<br>Jared M. Ahern, OSB No. 221919<br>jahern@cablehuston.com<br>Olivia M. Loftin, OSB No. 225812<br>oloftin@cablehuston.com<br>*Attorneys for Defendants Smeenk Brothers Dairy, LLC and Riverview Ranch, LLP* |
| BUCHALTER LLP<br><br>By: s/ David A. Bernstein<br>David A. Bernstein, OSB No. 235633<br>dbernstein@buchalter.com<br>*Attorney for Defendant Newco Capital Group VI, LLC* | TONKON TORP LLP<br><br>By: s/  William T. Gent<br>Will Gent, OSB No. 165254<br>will.gent@tonkon.com<br>*Attorney for Defendant Quick Funding Group, LLC* |
| SCANNELLAW<br><br>By: s/ Terry Scannell<br>Christopher E. Hayes, OSB No. 093777<br>chris@scannellaw.com<br>Terry Scannell, OSB No. 853220<br>terry@scannellaw.com<br><br>*Co-Counsel:*<br><br>Shannon Raye Martinez, OSB No. 034276<br>Shannon Martinez Law, LLC<br>shannon@shannonmartinezlaw.com<br><br>*Attorneys for Defendant Milk Movers USA LLC* | SCHWEET LINDE ROSENBLUM, PLLC<br><br>By: s/  John A. McIntosh<br>John A. McIntosh, OSB #172742<br>johnm@schweetlaw.com<br>*Attorney for Defendant LTI, Inc. dba Milky Way*<br><br><br>MCCARTHY & HOLTHUS<br><br>By: s/  John M. Thomas<br>John M. Thomas, OSB No. 024691<br>jthomas@mccarthyholthus.com<br>*Attorney for Defendant Wynwood Capital Group LLC, dba Segal Business Funding* |

Page 3 – ORDER

|  | SCHWABE, WILLIAMSON & WYATT, P.C.<br><br>By: s/  Sean R. McClendon<br>Craig G. Russillo, OSB #973875<br>crussillo@schwabe.com<br>Sean R. McClendon, OSB #031215<br>smcclendon@schwabe.com<br><br>*Attorneys for Plaintiff Tillamook County Creamery Association* |
|---|---|

Page 4 – ORDER