Terry Scannell, OSB No. 853220
SCANNELLAW LLC
7307 SW Belevand Rd Ste 200
Portland, OR 97223
Ph: 503-789-6566
Email: terry@scannellaw.com

Shannon Raye Martinez, OSB No. 034276
SHANNON MARTINEZ LAW, LLC
400 Glen Creek Rd NW, #5613
Salem, OR 97304
Ph: 503-877-5213
Email: shannon@shannonmartinezlaw.com

*Attorneys for Defendant Milk Movers USA, LLC*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| **TILLAMOOK COUNTY CREAMERY ASSOCIATION**, an Oregon Cooperative,<br><br>Plaintiff,<br><br>v.<br><br>**MILK MOVERS USA LLC**, a California Limited Liability Company; et al.,<br><br>Defendants. | Case No. 3:26-cv-00400-AR<br><br>**DECLARATION OF SHANNON RAYE MARTINEZ IN SUPPORT OF MOTION TO JOIN PARTY** |

I, Shannon Raye Martinez, hereby declare as follows:

1.  I am one of the attorneys for Milk Movers USA LLC in the above captioned case. I am over the age of 18, have personal knowledge of the matters set forth herein, and I am otherwise competent to make this declaration.

**Page 1 – Declaration of Shannon Martinez in Support of Motion to Join Party**

2. Attached as ***Exhibit 1*** hereto is a true and correct copy of email correspondence between myself, counsel for Quick Funding Group, LLC, Jeni Meyer, counsel for Andersen Dairy, Inc. and Terry Scannell, counsel for Milk Movers USA LLC.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: July 24, 2026

s/ Shannon Raye Martinez
Shannon Raye Martinez, OSB No. 034276
*shannon@shannonmartinezlaw.com*
SHANNON MARTINEZ LAW, LLC
400 Glen Creek Rd NW, #5613
Salem, OR 97304
503-877-5213
*Of Attorneys for Defendant Milk Movers USA, LLC*

**Page 2 – Declaration of Shannon Martinez in Support of Motion to Join Party**

SHANNON MARTINEZ LAW, LLC
400 Glen Creek Rd NW, #5613, Salem, OR 9730
Tel: (503) 877-5213
Email: shannon@shannonmartinezlaw.com

## Shannon Martinez

| | |
|---|---|
| **From:** | Will Gent <will.gent@tonkon.com> |
| **Sent:** | Wednesday, July 22, 2026 9:43 AM |
| **To:** | Jeni Meyer |
| **Subject:** | RE: Andersen Dairy/Quick Funding Lien on Milk Movers Receivables [IMAN-PDX.FID1388229] |

**[External Email]**

Hi Jeni,

Thanks for confirming Andersen's position. QFG asks that you interplead the funds by Friday.

Thanks,
Will

**Will Gent | Tonkon Torp LLP**
Partner
503.802.5767 direct
will.gent@tonkon.com

---

**From:** Jeni Meyer <jeni@hathawaylarson.com>
**Sent:** Tuesday, July 21, 2026 5:25 PM
**To:** Will Gent <will.gent@tonkon.com>; Shannon Martinez <shannon@shannonmartinezlaw.com>; Terry Scannell <terry@scannellaw.com>; Lucas B. Rocklin <Lrocklin@npmlaw.com>
**Cc:** John T. Szalan II <JSzalan@npmlaw.com>; Bruce Fair <BFair@npmlaw.com>; Joseph Dunaj <JDunaj@npmlaw.com>; Collin Lam <Collin@scannellaw.com>
**Subject:** RE: Andersen Dairy/Quick Funding Lien on Milk Movers Receivables [IMAN-PDX.FID1388229]

Will,

Thank you for the email.

Andersen intends to interplead the funds into the current federal case and will start this process as soon as possible. We request that Quick Funding Group avoid taking any action against Andersen until this process is finished.

Please confirm that your client will agree to this short extension.

Thank you,
Jeni
**Jeni Meyer**



**Hathaway Larson LLP**
1125 NW Couch Street, Suite 550
Portland, OR 97209

EXHIBIT 1 - Page 1 of 10

503-764-8973 (cell)
503-303-3109 (direct)
503-303-3101 (main)
Email:  jeni@hathawaylarson.com

**Please be advised that this e-mail and any files transmitted with it are confidential attorney-client communication or may otherwise be privileged or confidential and are intended solely for the individual or entity to whom they are addressed. If you are not the intended recipient, please do not read, copy or retransmit this communication but destroy it immediately. Any unauthorized, dissemination distribution or copying of this communication is strictly prohibited.**

**From:** Will Gent <will.gent@tonkon.com>
**Sent:** Tuesday, July 21, 2026 4:29 PM
**To:** Shannon Martinez <shannon@shannonmartinezlaw.com>; Terry Scannell <terry@scannellaw.com>; Lucas B. Rocklin <Lrocklin@npmlaw.com>; Jeni Meyer <jeni@hathawaylarson.com>
**Cc:** John T. Szalan II <JSzalan@npmlaw.com>; Bruce Fair <BFair@npmlaw.com>; Joseph Dunaj <JDunaj@npmlaw.com>; Collin Lam <Collin@scannellaw.com>
**Subject:** RE: Andersen Dairy/Quick Funding Lien on Milk Movers Receivables [IMAN-PDX.FID1388229]

**[External Email]**

Hi Shannon,

Your characterization of the timeline is not accurate. QFG proposed a call on July 12, outlined its position by email on July 16, and I suggested multiple times that we confer by phone. While Jeni and I have each been out of the office at times, the suggestion that QFG has been hiding the ball or delaying making its position clear is neither accurate nor productive.

I just spoke with Jeni, who represents Andersen. I understand that Andersen is evaluating how it wants to proceed procedurally. Whether it elects to interplead the funds is Andersen's decision to make. If it does, I've proposed a practical path that would allow the parties to tee the priority issues up for mediation efficiently.

Under QFG's agreement with Andersen, payment is due tomorrow. QFG is not threatening to take any particular action; the contractual deadline simply is what it is. If Andersen elects to interplead the funds and requests a short extension to do so, QFG would be willing to consider that request.

Thanks,
Will

**Will Gent | Tonkon Torp LLP**
Partner
503.802.5767 direct
will.gent@tonkon.com

**From:** Shannon Martinez <shannon@shannonmartinezlaw.com>
**Sent:** Tuesday, July 21, 2026 3:36 PM
**To:** Will Gent <will.gent@tonkon.com>; Terry Scannell <terry@scannellaw.com>; Lucas B. Rocklin <Lrocklin@npmlaw.com>; Jeni Meyer <jeni@hathawaylarson.com>
**Cc:** John T. Szalan II <JSzalan@npmlaw.com>; Bruce Fair <BFair@npmlaw.com>; Joseph Dunaj <JDunaj@npmlaw.com>; Collin Lam <Collin@scannellaw.com>
**Subject:** RE: Andersen Dairy/Quick Funding Lien on Milk Movers Receivables [IMAN-PDX.FID1388229]

EXHIBIT 1 - Page 2 of 10

Just so I am clear on this, you delayed in getting back to us until the day before your alleged contractual deadline, and now you are unwilling to give us and Andersen Dairy more time to interplead the funds, even though the funds your client is claiming an interest in does clearly have competing agricultural lien claims pending? The fact that you are unwilling to work with us and provide professional courtesies to allow us time to get the funds interplead is wholly unreasonable and not well taken.

And, the fact that you are requiring action by tomorrow in and of itself gives us a right to seek to enjoin Quick Funding's actions.

Shannon Raye Martinez
Attorney
SHANNON MARTINEZ LAW, LLC
www.shannonmartinezlaw.com
Mailing: PO Box 5613, Salem, OR 97304
Tel (direct): 503-877-5213

Confidentiality Notice: This email and attachments may contain attorney client privileged or confidential information. If you are not the intended recipient, please notify me immediately and do not review, use, copy, print or forward this email.

---

**From:** Will Gent <will.gent@tonkon.com>
**Sent:** Tuesday, July 21, 2026 3:08 PM
**To:** Terry Scannell <terry@scannellaw.com>; Shannon Martinez <shannon@shannonmartinezlaw.com>; Lucas B. Rocklin <Lrocklin@npmlaw.com>; Jeni Meyer <jeni@hathawaylarson.com>
**Cc:** John T. Szalan II <JSzalan@npmlaw.com>; Bruce Fair <BFair@npmlaw.com>; Joseph Dunaj <JDunaj@npmlaw.com>; Collin Lam <Collin@scannellaw.com>
**Subject:** RE: Andersen Dairy/Quick Funding Lien on Milk Movers Receivables [IMAN-PDX.FID1388229]

Hi Shannon,

Following up on our call this morning, QFG asserts a claim to the Andersen Dairy proceeds. Under its settlement agreement with Andersen, payment is due tomorrow.

Andersen entered into that agreement with full knowledge of the Tillamook interpleader action and the agricultural producer liens being asserted in it. If Andersen now believes those liens expose it to competing claims or multiple liability under ORS 87.705 and 87.710, that is Andersen's issue to address procedurally. Andersen is not a party to either the federal (Tillamook) or Marion County (Ochoa) interpleader actions. Neither pending action provides a vehicle to adjudicate competing claims to the Andersen proceeds. If Andersen wishes to avoid choosing among competing claimants, the appropriate course is to interplead the funds into court (whether through a separate action or, potentially, by seeking leave to intervene in the Tillamook matter before Judge Armistead).

That procedural election belongs to Andersen, not Milk Movers. From a practical perspective, QFG would not oppose Andersen doing so and all parties then addressing the priority issues as part of the mediation with Judge McKittrick (with the important caveat that any interpleader action is stayed pending mediation).

I'm also not aware of any procedural basis for Milk Movers to obtain injunctive or similar relief against QFG with respect to proceeds currently held by Andersen, particularly in an action where Andersen isn't a party. If you believe otherwise, please let me know and point me to the applicable authority.

3

EXHIBIT 1 - Page 3 of 10

Absent Andersen electing to interplead the funds, QFG expects Andersen to comply with its contractual payment obligations when due. QFG reserves all rights and remedies.

Thanks,
Will

**Will Gent | Tonkon Torp LLP**
Partner
503.802.5767 direct
will.gent@tonkon.com

---

**From:** Terry Scannell <terry@scannellaw.com>
**Sent:** Tuesday, July 21, 2026 9:38 AM
**To:** Shannon Martinez <shannon@shannonmartinezlaw.com>; Lucas B. Rocklin <Lrocklin@npmlaw.com>; Jeni Meyer <jeni@hathawaylarson.com>
**Cc:** John T. Szalan II <JSzalan@npmlaw.com>; Bruce Fair <BFair@npmlaw.com>; Joseph Dunaj <JDunaj@npmlaw.com>; Will Gent <will.gent@tonkon.com>; Collin Lam <Collin@scannellaw.com>
**Subject:** Re: Andersen Dairy/Quick Funding Lien on Milk Movers Receivables

Will,

I think that it will be in everyone's interest if you client finds other things to do at the moment. I do not think the judges who are involved in this matter will appreciate your client going off on its own on what is very likely going to be a less than well thought out (read frivolous) litigation strategy.

Thanks

Terry

Get Outlook for Android

---

**From:** Shannon Martinez <shannon@shannonmartinezlaw.com>
**Sent:** Tuesday, 21 July 2026 09:09:49
**To:** Lucas B. Rocklin <Lrocklin@npmlaw.com>; Jeni Meyer <jeni@hathawaylarson.com>
**Cc:** John T. Szalan II <JSzalan@npmlaw.com>; Bruce Fair <BFair@npmlaw.com>; Joseph Dunaj <JDunaj@npmlaw.com>; will.gent <will.gent@tonkon.com>; Terry Scannell <terry@scannellaw.com>; Collin Lam <Collin@scannellaw.com>
**Subject:** RE: Andersen Dairy/Quick Funding Lien on Milk Movers Receivables

Will,

I just left you a voicemail. If you would like to avoid further action against your client, we need to confer today as soon as possible. It is my understanding that Quick Funding is demanding payment from Andersen Dairy by tomorrow, July 22. To be clear, Milk Movers objects and opposes payment to Quick Funding, due to the priority claims of the agricultural lien claimants. The funds Andersen Dairy are holding must either continue to be held pending settlement or other resolution in the pending federal case, or they must be interpled into the court.

Sincerely,

Shannon Raye Martinez
Attorney
SHANNON MARTINEZ LAW, LLC

4

EXHIBIT 1 - Page 4 of 10

www.shannonmartinezlaw.com
Mailing: PO Box 5613, Salem, OR 97304
Tel (direct): 503-877-5213

Confidentiality Notice: This email and attachments may contain attorney client privileged or confidential information. If you are not the intended recipient, please notify me immediately and do not review, use, copy, print or forward this email.

---

**From:** Shannon Martinez
**Sent:** Monday, July 20, 2026 11:15 AM
**To:** 'Lucas B. Rocklin' <Lrocklin@npmlaw.com>; Jeni Meyer <jeni@hathawaylarson.com>
**Cc:** John T. Szalan II <JSzalan@npmlaw.com>; Bruce Fair <BFair@npmlaw.com>; Joseph Dunaj <JDunaj@npmlaw.com>; Will Gent <will.gent@tonkon.com>
**Subject:** RE: Andersen Dairy/Quick Funding Lien on Milk Movers Receivables

If that continues to be your position, then we will be filing a motion with the court to enjoin your actions. Will, if you want to confer and avoid this action, you need to call me today.

Sincerely,

Shannon Raye Martinez
Attorney
SHANNON MARTINEZ LAW, LLC
www.shannonmartinezlaw.com
Mailing: PO Box 5613, Salem, OR 97304
Tel (direct): 503-877-5213

Confidentiality Notice: This email and attachments may contain attorney client privileged or confidential information. If you are not the intended recipient, please notify me immediately and do not review, use, copy, print or forward this email.

---

**From:** Lucas B. Rocklin <Lrocklin@npmlaw.com>
**Sent:** Monday, July 20, 2026 10:56 AM
**To:** Jeni Meyer <jeni@hathawaylarson.com>
**Cc:** John T. Szalan II <JSzalan@npmlaw.com>; Bruce Fair <BFair@npmlaw.com>; Joseph Dunaj <JDunaj@npmlaw.com>; Will Gent <will.gent@tonkon.com>; Shannon Martinez <shannon@shannonmartinezlaw.com>
**Subject:** RE: Andersen Dairy/Quick Funding Lien on Milk Movers Receivables

Jeni,
I am not aware of any call that is scheduled for today or tomorrow. In any event, we have already made our client's position clear.
Thank you,
Luke

Lucas Rocklin, Shareholder and Principal
tel 203.821.2000 | fax 203.821.2009

5

EXHIBIT 1 - Page 5 of 10

direct tel 203.781.2835
email: lrocklin@npmlaw.com
195 Church Street, 13th Floor, New Haven, CT 06510
Hartford | Fairfield | White Plains | npmlaw.com



**CONFIDENTIALITY NOTICE & HIPAA DISCLAIMER:** This email message is from a law firm and is for the sole use of the intended recipient(s). It may contain protected health information (PHI), confidential and/or privileged information, financial information, and information exempt from disclosure under state and/or federal law. Unauthorized review, use, disclosure, or distribution is prohibited and any action taken (or not taken) in reliance on the contents of this message may be unlawful. If you are not the intended recipient, please contact the sender immediately and destroy the original and all copies of this message wherever located.

**WIRE FRAUD ALERT:** Cyber criminals are hacking email accounts and sending messages with fraudulent wiring instructions. To protect against wire fraud, before wiring to our firm, always independently confirm wiring instructions in person or via a telephone call to a trusted and verified phone number.  If you receive an email claiming our wire instructions have changed, contact us immediately—your email may have been compromised.

**NOTICE:** Under the Fair Debt Collection Practices Act, this office may be considered a debt collector, and any information obtained may be used for debt collection purposes.

**From:** Jeni Meyer <jeni@hathawaylarson.com>
**Sent:** Monday, July 20, 2026 1:17 PM
**To:** Shannon Martinez <shannon@shannonmartinezlaw.com>; Lucas B. Rocklin <Lrocklin@npmlaw.com>
**Cc:** John T. Szalan II <JSzalan@npmlaw.com>; Bruce Fair <BFair@npmlaw.com>; Joseph Dunaj <JDunaj@npmlaw.com>; Will Gent <will.gent@tonkon.com>
**Subject:** RE: Andersen Dairy/Quick Funding Lien on Milk Movers Receivables

> **Caution:** External Email. Verify you know the sender before clicking a Link.

Good morning,

Do we have a call scheduled for today or tomorrow?

Thank you,
Jeni

**Jeni Meyer**

EXHIBIT 1 - Page 6 of 10

**Hathaway Larson LLP**
1125 NW Couch Street, Suite 550
Portland, OR 97209
503-764-8973 (cell)
503-303-3109 (direct)
503-303-3101 (main)
Email:  jeni@hathawaylarson.com

**Please be advised that this e-mail and any files transmitted with it are confidential attorney-client communication or may otherwise be privileged or confidential and are intended solely for the individual or entity to whom they are addressed. If you are not the intended recipient, please do not read, copy or retransmit this communication but destroy it immediately. Any unauthorized, dissemination distribution or copying of this communication is strictly prohibited.**

---

**From:** Shannon Martinez <shannon@shannonmartinezlaw.com>
**Sent:** Wednesday, July 15, 2026 1:48 PM
**To:** Lucas B. Rocklin <Lrocklin@npmlaw.com>
**Cc:** Jeni Meyer <jeni@hathawaylarson.com>; John T. Szalan II <JSzalan@npmlaw.com>; Bruce Fair <BFair@npmlaw.com>; Joseph Dunaj <JDunaj@npmlaw.com>; Will Gent <will.gent@tonkon.com>
**Subject:** RE: Andersen Dairy/Quick Funding Lien on Milk Movers Receivables

**[External Email]**

I am emailing to follow up on scheduling a call. I would like to talk with Lucas and Will about this issue with Andersen Dairy. Please let me know your availability. I am open during the following times for a call (all times listed are pacific time):

Thursday, 7/16 – 2-5 pm
Friday, 7/17 – 10:30 am to noon
Monday, 7/20 – noon to 4:30 pm

I believe Jeni Meyer indicated a deadline of 7/22 to get this resolved so I would like to touch base by Monday if possible.

Thank you,

Shannon Raye Martinez
Attorney
SHANNON MARTINEZ LAW, LLC
www.shannonmartinezlaw.com
Mailing: PO Box 5613, Salem, OR 97304
Tel (direct): 503-877-5213

Confidentiality Notice: This email and attachments may contain attorney client privileged or confidential information. If you are not the intended recipient, please notify me immediately and do not review, use, copy, print or forward this email.

7

EXHIBIT 1 - Page 7 of 10

**From:** Lucas B. Rocklin <Lrocklin@npmlaw.com>
**Sent:** Monday, July 13, 2026 9:21 AM
**To:** Shannon Martinez <shannon@shannonmartinezlaw.com>
**Cc:** Jeni Meyer <jeni@hathawaylarson.com>; John T. Szalan II <JSzalan@npmlaw.com>; Bruce Fair <BFair@npmlaw.com>; Joseph Dunaj <JDunaj@npmlaw.com>; Will Gent <will.gent@tonkon.com>
**Subject:** RE: Andersen Dairy/Quick Funding Lien on Milk Movers Receivables

Hi,
Our firm represents Quick Funding Group. Our client's local counsel is Will Gent, copied.

Lucas Rocklin, Shareholder and Principal
tel 203.821.2000 | fax 203.821.2009
direct tel 203.781.2835
email: lrocklin@npmlaw.com
195 Church Street, 13th Floor, New Haven, CT 06510
Hartford | Fairfield | White Plains | npmlaw.com



**CONFIDENTIALITY NOTICE & HIPAA DISCLAIMER:** This email message is from a law firm and is for the sole use of the intended recipient(s). It may contain protected health information (PHI), confidential and/or privileged information, financial information, and information exempt from disclosure under state and/or federal law. Unauthorized review, use, disclosure, or distribution is prohibited and any action taken (or not taken) in reliance on the contents of this message may be unlawful. If you are not the intended recipient, please contact the sender immediately and destroy the original and all copies of this message wherever located.

**WIRE FRAUD ALERT:** Cyber criminals are hacking email accounts and sending messages with fraudulent wiring instructions. To protect against wire fraud, before wiring to our firm, always independently confirm wiring instructions in person or via a telephone call to a trusted and verified phone number.  If you receive an email claiming our wire instructions have changed, contact us immediately—your email may have been compromised.

**NOTICE:** Under the Fair Debt Collection Practices Act, this office may be considered a debt collector, and any information obtained may be used for debt collection purposes.

**From:** Shannon Martinez <shannon@shannonmartinezlaw.com>
**Sent:** Monday, July 13, 2026 12:18 PM
**To:** Lucas B. Rocklin <Lrocklin@npmlaw.com>
**Cc:** Jeni Meyer <jeni@hathawaylarson.com>; John T. Szalan II <JSzalan@npmlaw.com>; Bruce Fair <BFair@npmlaw.com>; Joseph Dunaj <JDunaj@npmlaw.com>
**Subject:** RE: Andersen Dairy/Quick Funding Lien on Milk Movers Receivables

**Caution:** External Email. Verify you know the sender before clicking a Link.

EXHIBIT 1 - Page 8 of 10

Lucas,

Can you clarify for me who you represent? I believe that all parties have local attorneys in the interpleader action, so I am not sure if I should be speaking with them directly or perhaps both of you?

Thanks,

Shannon Raye Martinez
Attorney
SHANNON MARTINEZ LAW, LLC
www.shannonmartinezlaw.com
Mailing: PO Box 5613, Salem, OR 97304
Tel (direct): 503-877-5213

Confidentiality Notice: This email and attachments may contain attorney client privileged or confidential information. If you are not the intended recipient, please notify me immediately and do not review, use, copy, print or forward this email.

**From:** Lucas B. Rocklin <Lrocklin@npmlaw.com>
**Sent:** Sunday, July 12, 2026 12:26 PM
**To:** Shannon Martinez <shannon@shannonmartinezlaw.com>
**Cc:** Jeni Meyer <jeni@hathawaylarson.com>; John T. Szalan II <JSzalan@npmlaw.com>; Bruce Fair <BFair@npmlaw.com>; Joseph Dunaj <JDunaj@npmlaw.com>
**Subject:** RE: Andersen Dairy/Quick Funding Lien on Milk Movers Receivables

Hi Jeni,
Thank you for the introduction.

Hi Shannon, it's nice to meet you. We look forward to speaking with you regarding the status of the Oregon interpleader action and the proposed resolution. Please let us know a convenient time to connect, or feel free to send along any information you'd like us to review in advance. Thank you, and we look forward to working with you. Luke

Lucas Rocklin, Shareholder and Principal
tel 203.821.2000 | fax 203.821.2009
direct tel 203.781.2835
email: lrocklin@npmlaw.com
195 Church Street, 13th Floor, New Haven, CT 06510
Hartford | Fairfield | White Plains | npmlaw.com



**CONFIDENTIALITY NOTICE & HIPAA DISCLAIMER:** This email message is from a law firm and is for the sole use of the intended recipient(s). It may contain protected health information (PHI), confidential and/or privileged information, financial information, and information exempt from disclosure under state and/or federal law. Unauthorized review, use, disclosure, or distribution is prohibited and any action

EXHIBIT 1 - Page 9 of 10

taken (or not taken) in reliance on the contents of this message may be unlawful. If you are not the intended recipient, please contact the sender immediately and destroy the original and all copies of this message wherever located.

**WIRE FRAUD ALERT:** Cyber criminals are hacking email accounts and sending messages with fraudulent wiring instructions. To protect against wire fraud, before wiring to our firm, always independently confirm wiring instructions in person or via a telephone call to a trusted and verified phone number.  If you receive an email claiming our wire instructions have changed, contact us immediately—your email may have been compromised.

**NOTICE:** Under the Fair Debt Collection Practices Act, this office may be considered a debt collector, and any information obtained may be used for debt collection purposes.

---

**From:** Jeni Meyer <jeni@hathawaylarson.com>
**Sent:** Friday, July 10, 2026 4:47 PM
**To:** John T. Szalan II <JSzalan@npmlaw.com>; Lucas B. Rocklin <Lrocklin@npmlaw.com>
**Cc:** shannon@shannonmartinezlaw.com
**Subject:** Andersen Dairy/Quick Funding Lien on Milk Movers Receivables

> **Caution:** External Email. Verify you know the sender before clicking a Link.

John and Lucas,

I am connecting you with Shannon Martinez.  She is representing Milk Movers in connection with the Tillamook interpleader lawsuit in Oregon.  She is going to reach out about the case status and the proposed resolution.

I appreciate everyone's work on this.

Thank you,
Jeni

**Jeni Meyer**



**Hathaway Larson LLP**
1125 NW Couch Street, Suite 550
Portland, OR 97209
503-764-8973 (cell)
503-303-3109 (direct)
503-303-3101 (main)
Email:  jeni@hathawaylarson.com

**Please be advised that this e-mail and any files transmitted with it are confidential attorney-client communication or may otherwise be privileged or confidential and are intended solely for the individual or entity to whom they are addressed. If you are not the intended recipient, please do not read, copy or retransmit this communication but destroy it immediately. Any unauthorized, dissemination distribution or copying of this communication is strictly prohibited.**

EXHIBIT 1 - Page 10 of 10

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing document with the United States District Court for the State of Oregon using the CM/ECF system, which will send notification of such filing to all counsel of record.

Sean R. McClendon | Craig G. Russillo
*smcclendon@schwabe.com*
*crussillo@schwabe.com*
Schwabe Williamson & Wyatt, P.C.
1211 SW Fifth Avenue, Suite 1800
Portland, OR 97204
503-222-9981
*Attorneys for Plaintiff Tillamook County Creamery Association*

Gary L. Blacklidge
*gary.blacklidge@jordanramis.com*
Jordan Ramis - PACWEST, 27th Floor
1211 SW Fifth Avenue
Portland, OR 97204
503-598-7070
*Attorneys for Defendants Callahan Dairy, LLC, Castle Grove Dairy, LLC, and Spring Creek, LLC*

David A. Bernstein
*dbernstein@buchalter.com*
Buchalter LLP
805 S.W. Broadway, Suite 1500
Portland, OR 97205
503-226-8490
*Attorneys for Defendant Newco Capital Group, VI, LLC*

John M. Thomas
*jthomas@mccarthyholthus.com*
McCarthy & Holthus
920 SW Third Avenue, First Floor
Portland, OR 97204
971-201-3203
*Attorneys for Defendant Wynwood Capital Group LLC*

John A. McIntosh
*johnm@schweetlaw.com*
Schweet Linde Rosenblum, PLLC
PO Box 80646
Seattle, WA 98108
206-381-0118
*Attorneys for Defendant LTI, Inc., dba Milky Way*

Daniel C. Peterson
*dpeterson@cosgravelaw.com*
Cosgrave Vergeer Kester, LLP
900 SW Fifth Avenue, 24th Floor
Portland, OR 97204
503-323-9000
*Attorneys for Defendant Fekkes Dairy, LLC*

Loren S. Scott | Natalie C. Scott
*ecf@scott-law-group.com*
Scott Law Group LLP
PO Box 70422
Springfield, OR 97475
541-868-8005
*Attorneys for Defendant Brown Cow Dairy, LLC*

Jared M. Ahern | Olivia Loftin
*jahern@cablehuston.com*
*oloftin@cablehuston.com*
Cable Huston LLP
1455 SW Broadway, Suite 1500
Portland, OR 97201-3412
503-224-3092
*Attorneys for Defendants Riverview Ranch, LLC and Smeenk Brothers Dairy, LLC*

**Page 3 – Certificate of Service**

SHANNON MARTINEZ LAW, LLC
400 Glen Creek Rd NW, #5613, Salem, OR 9730
Tel: (503) 877-5213
Email: shannon@shannonmartinezlaw.com

William G. Fig
*wfig@sussmanshank.com*
Sussman Shank, LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205
(503) 227-1111
*Attorneys for Defendants Harlen E. Miersma,
and Hilary Jo Miersma*

Holly C. Hayman
*hhayman@fwwlaw.com*
Farleigh Wada Witt, PC
121 SW Morrison Street, Suite 600
Portland, OR 97204-3136
503-228-6044
*Attorney for Defendant George DeRuyter and
Son Dairy LLC*

Emilia Saporiti | Scott L. Jensen
*esaporiti@brownsteinrask.com*
sjensen@brownsteinrask.com
Brownstein Rask, LLP
1 SW Columbia Street, Suite 900
Portland, OR 97204
503-412-6736
*Attorneys for Intervenor Ever May Farms,
Inc.*

Will Gent
*will.gent@tonkon.com*
Tonkon Torp LLP
1300 SW 5th Ave, Ste 2400
Portland, OR 97201
*Attorney for Quick Funding Group, LLC*

Dated:  July 24, 2026

s/ Shannon Raye Martinez
Shannon Raye Martinez, OSB No. 034276
*shannon@shannonmartinezlaw.com*
SHANNON MARTINEZ LAW, LLC
400 Glen Creek Rd NW, #5613
Salem, OR 97304
503-877-5213
*Of Attorneys for Defendant Milk Movers USA, LLC*

s/ Terry Scannell
Terry Scannell, OSB No. 853220
terry@scannellaw.com
SCANNELLAW LLC
7307 SW Belevand Rd Ste 200
Portland, OR 97223
503-789-6566
*Of Attorneys for Defendant Milk Movers USA, LLC*

.

**Page 4 – Certificate of Service**