# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **TILLAMOOK COUNTY CREAMERY ASSOCIATION**, an Oregon Cooperative,<br><br>Plaintiff,<br><br>v.<br><br>**MILK MOVERS USA LLC**, a California Limited Liability Company; et al.,<br><br>Defendants. | Case No. 3:26-cv-00400-AR<br><br><br>**DECLARATION OF SCOTT J. VANGELDER IN SUPPORT OF MOTION TO JOIN PARTY** |

I, Scott J. VanGelder, hereby declare as follows:

1.  I am the Corporate Secretary of Andersen Dairy, Inc. I am over the age of 18, have personal knowledge of the matters set forth herein, and I am otherwise competent to make this declaration.

2.  Andersen Dairy, Inc. is a Washington corporation with its principal place of business located at 305 E. Main St., Battle Ground, WA 98604.

3.  Andersen Dairy, Inc. purchased milk from Milk Movers USA LLC under a contract with Milk Movers USA, LLC. Under that contract, Andersen Dairy, Inc. currently owes to Milk

**Page 1 – Declaration**

Shannon Martinez Law, LLC
400 Glen Creek Rd NW, #5613, Salem, OR 9730
Tel: (503) 877-5213
Email: shannon@shannonmartinezlaw.com

Movers USA, LLC the sum of $225,528.64 for milk delivered to Andersen Dairy, Inc. (the "Funds").

4. Andersen Dairy, Inc. received milk deliveries pursuant to its contract with Milk Movers USA LLC in January 2026.

5. Andersen Dairy, Inc. believes that the milk delivered to Andersen Dairy, Inc. in January 2026 was delivered from Castle Grove Dairy, LLC and George DeRuyter and Son Dairy LLC.

6. Andersen Dairy, Inc. has a good faith belief that there are competing claims to the Funds.

7. Andersen Dairy, Inc. is holding the Funds, and is ready, willing and able to pay such funds into the registry of the Court in the case of Tillamook County Creamery Association v. Milk Movers USA LLC, et al. (U.S. District Court, Oregon, Case No. 3:26-cv-00400-AR) (the "Action").

8. Andersen Dairy, Inc. is agreeable to becoming a party to this Action for the purpose of interpleading the Funds into the registry of the Court.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated:  July 23, 2026

Scott J. VanGelder
Corporate Secretary
Andersen Dairy, Inc.

**Page 2 – Declaration**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing document with the United States District Court for the State of Oregon using the CM/ECF system, which will send notification of such filing to all counsel of record.

Sean R. McClendon | Craig G. Russillo
*smcclendon@schwabe.com*
*crussillo@schwabe.com*
Schwabe Williamson & Wyatt, P.C.
1211 SW Fifth Avenue, Suite 1800
Portland, OR 97204
503-222-9981
*Attorneys for Plaintiff Tillamook County Creamery Association*

Gary L. Blacklidge
*gary.blacklidge@jordanramis.com*
Jordan Ramis - PACWEST, 27th Floor
1211 SW Fifth Avenue
Portland, OR 97204
503-598-7070
*Attorneys for Defendants Callahan Dairy, LLC, Castle Grove Dairy, LLC, and Spring Creek, LLC*

David A. Bernstein
*dbernstein@buchalter.com*
Buchalter LLP
805 S.W. Broadway, Suite 1500
Portland, OR 97205
503-226-8490
*Attorneys for Defendant Newco Capital Group, VI, LLC*

John M. Thomas
*jthomas@mccarthyholthus.com*
McCarthy & Holthus
920 SW Third Avenue, First Floor
Portland, OR 97204
971-201-3203
*Attorneys for Defendant Wynwood Capital Group LLC*

John A. McIntosh
*johnm@schweetlaw.com*
Schweet Linde Rosenblum, PLLC
PO Box 80646
Seattle, WA 98108
206-381-0118
*Attorneys for Defendant LTI, Inc., dba Milky Way*

Daniel C. Peterson
*dpeterson@cosgravelaw.com*
Cosgrave Vergeer Kester, LLP
900 SW Fifth Avenue, 24th Floor
Portland, OR 97204
503-323-9000
*Attorneys for Defendant Fekkes Dairy, LLC*

Loren S. Scott | Natalie C. Scott
*ecf@scott-law-group.com*
Scott Law Group LLP
PO Box 70422
Springfield, OR 97475
541-868-8005
*Attorneys for Defendant Brown Cow Dairy, LLC*

Jared M. Ahern | Olivia Loftin
*jahern@cablehuston.com*
*oloftin@cablehuston.com*
Cable Huston LLP
1455 SW Broadway, Suite 1500
Portland, OR 97201-3412
503-224-3092
*Attorneys for Defendants Riverview Ranch, LLC and Smeenk Brothers Dairy, LLC*

**Page 3 – Declaration**

William G. Fig
*wfig@sussmanshank.com*
Sussman Shank, LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205
(503) 227-1111
*Attorneys for Defendants Harlen E. Miersma,*
*and Hilary Jo Miersma*

Holly C. Hayman
*hhayman@fwwlaw.com*
Farleigh Wada Witt, PC
121 SW Morrison Street, Suite 600
Portland, OR 97204-3136
503-228-6044
*Attorney for Defendant George DeRuyter and*
*Son Dairy LLC*

Emilia Saporiti | Scott L. Jensen
*esaporiti@brownsteinrask.com*
sjensen@brownsteinrask.com
Brownstein Rask, LLP
1 SW Columbia Street, Suite 900
Portland, OR 97204
503-412-6736
*Attorneys for Intervenor Ever May Farms,*
*Inc.*

Will Gent
*will.gent@tonkon.com*
Tonkon Torp LLP
1300 SW 5ᵗʰ Ave, Ste 2400
Portland, OR 97201
*Attorney for Quick Funding Group, LLC*

Dated:  July 24, 2026

s/ Shannon Raye Martinez
Shannon Raye Martinez, OSB No. 034276
*shannon@shannonmartinezlaw.com*
SHANNON MARTINEZ LAW, LLC
400 Glen Creek Rd NW, #5613
Salem, OR 97304
503-877-5213
*Of Attorneys for Defendant Milk Movers USA, LLC*

s/ Terry Scannell
Terry Scannell, OSB No. 853220
terry@scannellaw.com
SCANNELLAW LLC
7307 SW Belevand Rd Ste 200
Portland, OR 97223
503-789-6566
*Of Attorneys for Defendant Milk Movers USA, LLC*

.

**Page 4 – Declaration**