Craig G. Russillo, OSB #973875
Email: crussillo@schwabe.com
Sean R. McClendon, OSB #031215
Email: smcclendon@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Avenue, Suite 1800
Portland, OR 97204
Telephone: 503-222-9981
Facsimile: 503-796-2900

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| TILLAMOOK COUNTY CREAMERY ASSOCIATION, an Oregon Cooperative,<br><br>Plaintiff-Interpleader,<br><br>vs.<br><br>MILK MOVERS USA LLC, a California Limited Liability Company; CALLAHAN DAIRY LLC, a Washington Limited Liability Company; CASTLE GROVE DAIRY, LLC, a Washington Limited Liability Company; SPRING CREEK DAIRY, LLC, a Washington Limited Liability Company; NEWCO CAPITAL GROUP VI, LLC, a New York Limited Liability Company, dba MCA Servicing Company; THORO CORP., a Florida Corporation; WYNWOOD CAPITAL GROUP LLC, a Florida Limited Liability Company, dba Segal Business Funding; RIVERSIDE CAPITAL NY LLC, a Connecticut Limited Liability Company; LTI, INC., dba Milky Way, a Washington Corporation; FEKKES DAIRY, LLC, a Washington Limited Liability Company; | No. 3:26-cv-00400-AR<br><br>INTERPLEADER-PLAINTIFF TILLAMOOK COUNTY CREAMERY ASSOCIATION'S MOTIONS FOR ENTRY OF DEFAULT |

THE BROWN COW DAIRY, LLC, an Oregon Limited Liability Company; SMEENK BROTHERS DAIRY, LLC, a Washington Limited Liability Company; HARLEN E. AND HILLARY JO MIERSMA, as trustees for The Miersma Family Trust UDT, dba Miersma Dairy; QUICK FUNDING GROUP, LLC, a New York Limited Liability Company; GEORGE DERUYTER AND SON DAIRY LLC, a Washington Limited Liability Company; RIVERVIEW RANCH, LLP, a Washington Limited Liability Partnership; EVER MAY FARMS, INC.; and D AND J DAIRY, LLC,

Defendants.

**LR 7-1 CERTIFICATION**

Because neither of the parties at issue in these Motions has filed an appearance nor provided movant's counsel with written notice of an intent to file an appearance, conferral on these Motions is excused under LR 55.

**MOTIONS TO THE CLERK**

Plaintiff Tillamook County Creamery Association ("Plaintiff" or "TCCA") by and through its undersigned counsel, hereby move for the Clerk to enter a default orders in this matter against defendants Thoro Corp. ("Thoro") and Riverside Capital NY LLC ("Riverside") pursuant to Fed. R. Civ. P. 55(a). As explained below, entry of default is proper because Thoro and Riverside were served with the Summon and Second Amended Complaint but have failed to appear, participate, plead, or otherwise defend themselves within the time provided under applicable law.

/ / /

/ / /



Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1800
Portland, OR 97204
Telephone 503-222-9981
Fax 503-796-2900

# LEGAL MEMORANDUM

## A. Procedural Background

This interpleader action was filed on March 2, 2026 against eleven defendants, including defendants Thoro and Riverside. ECF 1. On March 17, 2026, TCCA filed a First Amended Complaint ("FAC") in order to add three new defendants notified TCCA of their respective claims on the interpleader funds at issue in this case after the filing of the Complaint. ECF 13.

On March 17, 2026, TCCA also moved for an order to immediately deposit into the Court's registry the $2,731,330.46 in interpleader funds at issue in this case. ECF 12. TCCA claimed no interest in these funds beyond recovery of its reasonable attorney fees and costs in bringing this action. *Id.* The Court granted TCCA's motion to deposit, and entered its corresponding Order, on March 19, 2026. ECF 14. On March 27, 2026, TCCA sent a cashier's check for the full amount of the interpleader funds to the Clerk's office by cashier check.

After TCCA filed the FAC (ECF 13), two additional defendants notified TCCA of their respective claims against the interpleader funds. ECF 21. As a result, TCCA sought and received leave from the Court to file a Second Amended Complaint ("SAC") to add these two new defendants. ECF 21, 37. On April 22, 2026, TCCA filed the SAC. ECF 38. Thoro and Riverside were both still named as defendants in the SAC. *Id.*

In addition to those named in the SAC, two additional defendants claiming an interest in the interpleader funds were added to this case through motions to intervene. ECF 28, 57. The current number of defendants in this case totals eighteen. ECF 28, 38, 57.

All eighteen defendants in this case, except for defendants Quick Funding Group, Thoro and Riverside, agreed, upon request from TCCA, to waive service of summons and the SAC. ECF 39-49, 52-53, 58, 63. On May 22, 2026, defendant Quick Funding Group ("QFG") was



Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1800
Portland, OR 97204
Telephone 503-222-9981
Fax 503-796-2900

served with an amended summons and SAC, and the related proof of service was filed on May 27, 2026. ECF 59. QFG then filed a notice of appearance. ECF 72.

On May 12, 2026, the registered agent for defendant Thoro was served with an amended summons (ECF 51) and the SAC and (ECF 38) at the office of Thoro's registered agent, Y.A.S 4 ME Inc., 800 N. Federal Hwy, Suite 905, Hallandale, FL 33009. ECF 60. The proof of service on Thoro was filed with the court on May 27, 2026. *Id.*

On May 22, 2026, the registered agent for defendant Riverside was served with an amended summons (ECF 51) and the SAC and (ECF 38) at the office of Riverside's registered agent, PMT 220 LLC, 1621 Central Avenue, Cheyene, WY 82001. ECF 66. The proof of service on Riverside was filed with the court on June 8, 2026. *Id.*

Since being timely served with the amended summons (ECF 51) and SAC (ECF 38), neither Thoro or Riverside have appeared, participated, pleaded, or otherwise defended themselves in this case. Further, since the time of service of the SAC, neither Thoro or Riverside have notified TCCA of their intention to defend, participate, or appear in this case.

**B. Legal Standards**

Fed. R. Civ. P. 55(a) provides for the clerk's entry of default. The rule states, "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Fed. R. Civ. P. 55(a); *see also Future Motion, Inc. v. Lai*, No. 3:23-CV-1742-AR, 2025 WL 2556585, at *1 (D. Or. June 24, 2025) ("Under Rule 55(a) of the Federal Rules of Civil Procedure, the Clerk of the Court is required to enter an order of default if a party against whom affirmative relief is sought fails timely to answer or otherwise defend an action.").

/ / /



Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1800
Portland, OR 97204
Telephone 503-222-9981
Fax 503-796-2900

A corporate defendant who has not appeared by a representative is not entitled to written notice of the application for default judgment. *Int'l Bhd. of Elec. Workers Loc. 48 v. Affordable Elec., Inc.*, No. 3:25-CV-00875-AB, 2026 WL 1662273, at *3 (D. Or. June 8, 2026).

**C. Argument**

The SAC was filed by TCCA on April 22, 2026. ECF 38. The registered agent for defendant Thoro was served with Summons and the SAC on May 12, 2026 and the registered agent for defendant Riverside was served with Summons and the SAC on May 22, 2026. Since being served, neither Thoro or Riverside has appeared, participated, pleaded, or otherwise defended themselves in this case, nor has either informed TCCA of an intent to do so in the future. Accordingly, under Fed. R. Civ. P. 55(a), a Default Order should entered against Thoro and Riverside. A proposed form of default order is attached.

Dated this 21st day of August 2026.

Respectfully submitted,

SCHWABE, WILLIAMSON & WYATT, P.C.

By: *s/ Sean R. McClendon*

Craig G. Russillo, OSB #973875
Email: crussillo@schwabe.com
Sean R. McClendon, OSB #031215
Email: smcclendon@schwabe.com
Attorneys for Plaintiff



Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1800
Portland, OR 97204
Telephone 503-222-9981
Fax 503-796-2900

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of August, 2026, I served the following INTERPLEADER-PLAINTIFF'S MOTIONS FOR ENTRY OF DEFAULT on:

**ALL PARTIES WHO HAVE APPEARED WILL BE SERVED THROUGH ECF NOTICE.**

DATED this 21st day of August, 2026.

*s/ Sean R. McClendon*
Sean R. McClendon, OSB #031215



Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1800
Portland, OR 97204
Telephone 503-222-9981
Fax 503-796-2900