**Gary L. Blacklidge**, OSB #902089
gary.blacklidge@jordanramis.com
**Learon John Bird**, OSB #176218
learon.bird@jordanramis.com
JORDAN RAMIS PC
1211 SW Fifth Avenue, 27th Floor
Portland, Oregon 97204
Telephone: (503) 598-7070
Facsimile: (503) 598-7373

Attorneys for Defendants Spring Creek Dairy, LLC, Castle Grove Dairy, LLC, and Callahan Dairy, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| TILLAMOOK COUNTY CREAMERY ASSOCIATION, an Oregon Cooperative,<br><br>Plaintiff,<br><br>v.<br><br>MILK MOVERS USA LLC, a California Limited Liability Company; *et al.*,<br><br>Defendants. | Case No. 3:26-cv-00400-AR<br><br>DEFENDANTS SPRING CREEK DAIRY, LLC'S, CASTLE GROVE DAIRY, LLC'S, AND CALLAHAN DAIRY, LLC'S ANSWER AND RESPONSE TO CROSSCLAIMS OF DAIRYMEN, QUICK FUNDING GROUP LLC, NEWCO CAPITAL GROUP VI, LLC, AND WYNWOOD CAPITAL GROUP LLC |

Defendants Spring Creek Dairy, LLC ("Spring Creek"), Castle Grove Dairy, LLC ("Castle Grove"), and Callahan Dairy, LLC ("Callahan" and together with Spring Creek and Castle Grove, "Defendants") answer and response to various crossclaims, affirmative defenses,

and other allegations filed by co-defendants in response to plaintiff Tillamook County Creamery Association's ("TCCA") Second Amended Complaint (the "Complaint").

1. In response to crossclaims asserting lien priority, lien foreclosure, and declaratory relief filed by co-defendants Ever May Farms, Inc. (Doc. 95); Smeenk Brothers Dairy, LLC and Riverview Ranch, LLP (Doc. 96); Harlen E. and Hillary Jo Miersma as the trustees for the Miersma Family Trust UDT (Doc. 97); The Brown Cow Dairy, LLC (Doc. 99); George DeRuyter and Son Dairy LLC and D and J Dairy, LLC (Doc. 100); Fekkes Dairy, LLC (Doc. 101) (collectively, the "Dairymen"), Defendants respond as follows:

2. Defendants lack sufficient information to admit or deny the allegations of asserted in the crossclaims asserted by the Dairymen. Defendants assert that the liens of the Dairymen in the interpleaded funds have priority against all other non-Dairymen lien claimants and interest holders.

3. Defendants need not respond to the Dairymen's crossclaims against other co-defendants, including but not limited to Quick Funding Group, LLC ("QFG"), Newco Capital Group VI, LLC, dba MCA Servicing Company ("Newco"), and Wynwood Capital Group LLC, dba Segal Business Funding ("Wynwood") (collectively, the "Lenders").

4. In response to the claims and allegations set forth in Newco's Answer to Complaint and Cross-Claim (Doc. 109) ("Newco's Answer"), Defendants respond as follows:

5. Defendants need not respond to paragraphs 1-36 of Newco's Answer. To the extent any response is necessary, Defendants lack sufficient information to admit or deny any allegations contained therein and therefore deny the same.



JORDAN RAMIS PC
Attorneys at Law
1211 SW Fifth Avenue, 27th Floor
Portland, Oregon 97204
Telephone: (503) 598-7070
Fax: (503) 598-7373

6. Defendants deny Newco's First Affirmative Defense asserting statutory lien priority. Upon information and belief, Defendants assert that the liens of the Dairymen in the interplead funds have priority against all other non-Dairymen lien claimants and interest holders, including the Lenders.

7. Defendants lack sufficient information to admit or deny the allegations asserted by Newco as facts common to each cross claim as set forth Newco's Crossclaims paragraphs 1-8 and therefore deny the allegations.

8. Defendants admit that TCCA transferred approximately $1.5 million of funds to QFG as alleged in paragraph 9 of Newco's Crossclaims, but lack sufficient information to admit or deny the remaining allegations of this paragraph.

9. Defendants admit the allegations of paragraph 10 of Newco's Crossclaims.

10. Defendants lack sufficient information to admit or deny the allegations asserted by Newco as facts common to each cross claim as set forth Newco's Crossclaims paragraph 11 and therefore deny the allegations.

11. Newco's allegations in its First and Second Crossclaims, paragraphs 12-20 of Newco's Answer, are, or call for, legal conclusions and do not require a response. To the extent necessary, Defendants deny the allegations contained in these paragraphs.

12. In response to the claims and allegations set forth in QFG's Answer, Affirmative Defenses, and Cross-Claims to Complaint (Doc. 110) ("QFG's Answer"), Defendants respond as follows:

/ / /



JORDAN RAMIS PC
Attorneys at Law
1211 SW Fifth Avenue, 27th Floor
Portland, Oregon 97204
Telephone: (503) 598-7070
Fax: (503) 598-7373

13. Defendants need not respond to paragraphs 1-37 of QFG's Answer. To the extent any response is necessary, Defendants lack sufficient information to admit or deny any allegations contained therein and therefore deny the same.

14. Defendants deny QFG's stated First, Second, and Third Affirmative Defenses asserting lack of superior interest, invalidity of expiration of agricultural liens, and scope of agricultural liens, respectively, as set forth in paragraphs 38-40 of QFG's Answer. These allegations are, or call for, legal conclusions and do not require a response. To the extent necessary, Defendants deny the allegations. Upon information and belief, Defendants assert that the liens of the Dairymen in the interplead funds have priority against all other non-Dairymen lien claimants and interest holders, including the Lenders.

15. Upon information and belief, Defendants admit that QFG assumed the risk that Milk Movers might not generate sufficient receivables to deliver the full purchased amounts, as alleged in paragraph 45. Defendants lack sufficient information to admit or deny the remaining allegations asserted by QFG as facts common to each crossclaim as set forth QFG's Answer paragraphs 42-57 and therefore deny the allegations.

16. QFG's allegations in its First Cross-claim, paragraphs 58-64 of QFG's Answer, are, or call for, legal conclusions and do not require a response. To the extent necessary, Defendants deny the allegations contained therein.

17. In response to the claims and allegations set forth in Wynwood's Answer, Affirmative Defenses, and Crossclaim to Complaint (Doc. 111) ("Wynwood's Answer"), Defendants respond as follows:



JORDAN RAMIS PC
Attorneys at Law
1211 SW Fifth Avenue, 27th Floor
Portland, Oregon 97204
Telephone: (503) 598-7070
Fax: (503) 598-7373

18. Defendants need not respond to paragraphs 1-36 of Wynwood's Answer. To the extent any response is necessary, Defendants lack sufficient information to admit or deny the allegations contained therein and therefore deny the same.

19. Defendants deny Wynwood's stated Affirmative Defense asserting invalidity of agricultural liens, as set forth in paragraph 37 of Wynwood's Answer. These allegations are, or call for, legal conclusions and do not require a response. To the extent necessary, Defendants deny these allegations. Upon information and belief, Defendants assert that the liens of the Dairymen in the interpleaded funds have priority against all other non-Dairymen lien claimants and interest holders, including the Lenders.

20. Defendants lack sufficient information to admit or deny the allegations asserted by Wynwood in support of its crossclaim for declaratory relief as set forth in paragraphs 38-42 of Wynwood's Answer and therefore deny these allegations.

**PRAYER FOR RELIEF**

WHEREFORE, Defendants each respectfully request that this court enter an order and judgement as set forth in Defendants' Answer, Affirmative Defenses, and Crossclaims (Doc. 104), and as follows:

1. Denying the Affirmative Defenses and Crossclaims stated in Newco's Answer;
2. Denying the Affirmative Defenses and Crossclaims stated in QFG's Answer;
3. Denying the Affirmative Defenses and Crossclaims stated in Wynwood's Answer; and
4. On all crossclaims:
    a. For reasonable attorney fees, as applicable;
    b. For costs and disbursements; and



JORDAN RAMIS PC
Attorneys at Law
1211 SW Fifth Avenue, 27th Floor
Portland, Oregon 97204
Telephone: (503) 598-7070
Fax: (503) 598-7373

c. For such further and additional relief the court deems just and equitable.

DATED this 13th day of November, 2026.

JORDAN RAMIS PC

By: ______________________________

Gary L. Blacklidge, OSB #902089
gary.blacklidge@jordanramis.com
Learon John Bird, OSB #176218
learon.bird@jordanramis.com
Telephone: (503) 598-7070
Facsimile: (503) 598-7373

*Attorneys for Defendants Spring Creek Dairy, LLC, Castle Grove Dairy, LLC, and Callahan Dairy, LLC*



JORDAN RAMIS PC
Attorneys at Law
1211 SW Fifth Avenue, 27th Floor
Portland, Oregon 97204
Telephone: (503) 598-7070
Fax: (503) 598-7373

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I electronically filed the foregoing **DEFENDANTS SPRING CREEK DAIRY, LLC'S, CASTLE GROVE DAIRY, LLC'S, AND CALLAHAN DAIRY, LLC'S ANSWER AND RESPONSE TO CROSSCLAIMS OF DAIRYMEN, QUICK FUNDING GROUP LLC, NEWCO CAPITAL GROUP VI, LLC, AND WYNWOOD CAPITAL GROUP LLC** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**SERVICE LIST**
**Tillamook County Creamery Association v. Milk Movers USA LLC, et. al.**
**Case No. 3:26-cv-00400-AR**

Sean R. McClendon
Schwabe, Williamson Wyatt, P.C.
1211 SW 5th Avenue, Suite 1800
Portland, OR 97204
Email: smcclendon@schwabe.com
Off Attorneys for Plaintiff

Holly C. Hayman
Farleigh Wada Witt
121 SW Morrison St, Ste. 600
Portland, OR 97204
Email: hhayman@fwwlaw.com
Of Attorneys for Defendants George DeRuyter and Son Dairy LLC

Loren S. Scott
The Scott Law Group
PO Box 70422
Springfield, OR 97475
Email: lscott@scott-law-group.com
Of Attorneys for Defendant The Brown Cow, LLC

David A. Bernstein
Buchalter
805 SW Broadway Suite 1500
Portland, OR 97205
Email: dberstein@buchalter.com
Of Attorneys for Defendant Newco Capital Group Vi, LLC, dba MCA Servicing Company

William G. Fig
Sussman Shank LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205
Email: wfig@sussmanshank.com
Of Attorneys for Defendants Harlen E. and Hillary Jo Miersma, as trustees for
The Miersma Family Trust UDT, dba Miersma Dairy

John A. McIntosh
Schweet Linde & Rosenblum, PllC
5601 6th Ave S., Ste. 258
P.O. Box 80646
Seattle, WA 98108
Email: johnm@schweetlaw.com
Of Attorneys for Defendant LTI, Inc. dba Milky Way

Daniel C. Peterson
Cosgrave Vergeer Kester LLP
900 SW 5th Ave Fl 24
Portland, OR 97204
Email: dpeterson@cosgravelaw.com
Of Attorneys for Defendant Feekes Dairy, LLC

John Thomas
McCarthy & Holthus, LLP
920 SW 3rd Ave., 1st Floor
Portland, OR 97204
Email: jthomas@mccarthyholthus.com
Of Attorneys for Defendant Wynwood Capital Group LLC, dba Segal Business Funding

Terry Scannell
Christopher E. Hayes
Scannellaw, LLC
7307 SW Beveland Street, Suite 200
Tigard, OR 97223
Email: terry@scanellaw.com
chris@scannellaw.com
Of Attorneys for Defendant Milk Movers USA, LLC

DATED: November 13, 2026.

*/s/ Learon John Bird*
Learon John Bird, OSB #176218
learon.bird@jordanramis.com